Decision Per Curiam.

James Edd *et al.,* Appellants, vs. Julia P. Furman, Appellee.

### IN BANC.

Appeal from the Circuit Court, Alachua county; William A. Hocker, Judge.

*W. W. Hampton,* for Appellants.

*E. C. F. Sanchez,* for Appellee.

---

Memorandum Decisions.

---

The bill in this cause was filed by the appellee against the appellants. There was decree for the complainant, and the defendants appeal. Decree affirmed.

Decision Per Curiam.

(HOCKER, J., disqualified, not sitting.)